96 F.3d 1430
 NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
John N. VAN RYE, Plaintiff, Appellant,
v.
Harold B. MURPHY, Defendant, Appellee.
 No. 96-1463.
 United States Court of Appeals, First Circuit.
 Sept. 16, 1996.
 
 George R. Desmond on brief for appellant.
 Andrew G. Lizotte, Harold E. Murphy and Hanify & King, P.C. on brief for appellee.
 Andrew G. Lizotte, Harold E. Murphy and Hanify & King, P.C. on brief for appellee.
 Before TORRUELLA, Chief Judge, CYR and STAHL, Circuit Judges.
 Per Curiam.
 
 
 1
 Upon careful review of the briefs and record, we find no error in the bankruptcy court's determination, In re Van Rye, 179 B.R. 375, 378-79 (Bankr.D.Mass.1995), that the trustee had standing to object to the debtor's homestead exemption claim. See First National Bank v. Norris, 701 F.2d 902, 904 (11th Cir.1983); see also In re Duda, 182 B.R. 662, 665 n. 1 (Bankr.D.Conn.1995); In re Michael, 185 B.R. 830, 836-37 (Bankr.D.Mont.1995).
 
 
 2
 Affirmed. See 1st Cir. Loc. R. 27.1.